EDWARD J. SKROD, Plaintiff, *v.* FRANK MARTORELLA et al., Defendants.

Supreme Court, Special Term, New York County, November 16, 1949.

*Copal Mintz* for plaintiff.

*Murray Rosen* for Herman Wohlers and another, defendants.

*Bennet, House & Couts* for Frank Martorella, defendant.

McNALLY, J. Motion to review disallowance of stenographer's fees as item of taxable costs, is granted. On review the disallowance is sustained. In the absence of an express stipulation to the contrary, a disbursement for minutes of proceedings before a referee is not taxable (*Gallagher* v. *Baird,* 60 App. Div. 29; *Miss Susan, Inc.,* v. *Enterprise & Century Undergarment Co.,* 66 N. Y. S. 2d 266).